# United States District Court
# Central District of California

| | |
|---|---|
| STAR FABRICS, INC., | CV 13-2357-CBM(SSx) |
| Plaintiffs, | |
| v. | ORDER GRANTING |
| RHAPSODIELLE, INC., *et al*., | STIPULATION TO DISMISS |
| Defendants. | CASE [JS-6] |

The Court has considered the parties Stipulation to dismiss this case.

It is Ordered that the *Stipulation* is hereby, Granted, case dismissed.

Date: December 19, 2014

Consuelo B. Marshall
United States District Judge